# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Cross-Dock Solutions, LLC, | Case No.: 17-26993 |
| Debtor | Chapter: 11 |
| | Judge: Kathryn C. Ferguson |

## NOTICE OF PROPOSED ABANDONMENT

Nancy Isaacson, Chapter 11 Trustee in the Bankruptcy Case of Cross-Dock Solutions, LLC, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on **July 24, 2018 at 10:00 a.m.** at the United States Bankruptcy Court, 402 East State Street, Courtroom no.2, Trenton, New Jersey 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a *Certification of No Objection*.

Description and value of property: Personal property including food items abandoned by customers, several pieces of furniture and equipment which were not sold at the public auction held on June 19, 2018 and located at the Refrigerator Warehouse, 145 Talmadge Road, Edison, New Jersey (" Leased Premises") and any interest Trustee has, or may have, in the Leased Premises**.** Any personal property remaining in the Leased Premises at the time the Trustee surrenders the Leased Premises to the Landlord shall be deemed abandoned, and the Landlord is hereby authorized to dispose of any personal property without any liability whatsoever to any third party.

Liens on property:

Amount of equity claimed as exempt:
$0.00

Objections must be served on, and requests for additional information directed to:

Name:          Nancy Isaacson, Chapter 11 Trustee
Address:      Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Roseland, New Jersey 07068

Telephone No.: (973) 535-1600

5163305.1